AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Western District of Virginia

|  |  |  |
|---|---|---|
| TRACI GUYNUP | ) | |
| *Plaintiff* | ) | Case No.   5:23-cv-72 |
| v. | ) | |
| JEAN RICHARDSON, ET. AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jean Richardson, Sgt. Matthew Andrews, Officer Terry Miller, Chief Neal White, Town of Berryville

Date:     12/19/2024

*Attorney's signature*

Heather K. Bardot, VSB No. 37269
*Printed name and bar number*
McGavin, Boyce, Bardot, Thorsen
& Katz, PC
9990 Fairfax Boulevard, Suite 400
Fairfax, VA  22033

*Address*

hbardot@mbbtklaw.com
*E-mail address*

(703) 385-1000
*Telephone number*

(703) 385-1555
*FAX number*