Case 5:23-cv-00072-MFU-JCH Document 52 Filed 02/16/24 Page 1 of 6 Pageid#: 318

CLERKS OFFICE FILED
FEB 16 2024
LAURA A. AUSTIN, CLERK
BY: /s/ 
  DEPUTY CLERK

2-13 '24 AM11:10

Dear Judge Hoppe:

Linda Tugwell & Community Housing Partners have told Dr. Enrique Perez @ Catawba Hospital that I have been evicted.

I have received no notice of eviction. I have been out of my apartment since January 4, 2024. However, ALL of my belongings remain in Apt. #5.

The Winchester Housing Choice Voucher Program has not communicated with me. I paid the rent in full on January 1, 2024 for the month of January — from

I do not have access to a law library or a computer or the internet. Catawba Hospital & Dr. Law have repeatedly denied me access to my attorneys BRLS Winchester Public Defender Sarah Newton. I have had no contact with any of my attorneys in 30 days. I have been assaulted several times by the Catawba staff. They have denied me access to Bibles, Narcotics Anonymous & AA texts & meetings & church services

They have refused to provide me with the court order for Temporary detent. They have not explained the appeal process. They have refused to tell me how to pay my bills, including rent. The Berryville police stole my PC, phone, keys & license plates & will not return them. The Catawba staff assaulted me 4 times and restrained me by my broken arm without providing medical care for my arm.

The entire staff at Catawba treats "patients" like dogs abandoned in a kennel & about to be put down. The Catawba staff violates all the rights of the "patients" without recourse or mercy. The Catawba staff refuse to resolve ANY complaints. The Catawba staff has abused & neglected all of the patients. The Catawba staff have denied multiple services. The Catawba staff use four-point restraint to force medication on unwilling patients.

Traci George
Catawba Hospital
PO Box 2018
Catawba, VA 24070

US District Court
Virginia Western District
Harrisonburg, VA
22802

NOVA 220
10 FEB 24 PM 04
GREENSBORO NC 270
25 JAN 2024 PM
FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 24070
02 7H
0001281945
$ 000.64⁰
JAN 25 2024

CLERK'S OFFICE U.S. DISTRICT COURT
AT HARRISONBURG, VA

2280289999

ROCKINGHAM/HARRISONBURG GENERAL DISTRICT COURT

53 COURT SQUARE, ROOM 132

HARRISONBURG, VIRGINIA 22801

NOVA 220

14 FEB 24 PM 03

US POSTAGE $000.64
ZIP 22801
02 4W
0000373614 FEB. 13. 2024.

UNITED STATES DISTRICT COURT
116 N MAIN ST
HARRISONBURG, VA 22801